## SECOND DEPARTMENT, MAY TERM, 1892.

Joseph Husson, Respondent, v. Jacob Oppenheimer, Appellant.— Order affirmed, with costs and disbursements. Opinions by Barnard, P. J., and Pratt, J.; Dykman, J., not sitting

Catharine C. Ferris v. Mary C. D. Fisher. — Order affirmed, with costs and disbursements; costs to be paid by referee out of defendant's portion of the proceeds of sale. Opinion by Dykman. J.; Barnard, P. J., not sitting.

Board of Health, New Rochelle, v. Matter of Noyes. — Order affirmed, without costs. Opinion by Pratt, J.

The People of the State of New York *ex rel.* McGrath v. Board of Excise of Yonkers. — Order of commissioners affirmed, with costs. Opinion by Barnard, P. J.

Evelyn Jackson and others, Appellants, v. Peter De Grief, Respondent. — Judgment affirmed, with costs. Opinion by Dykman, J.

Evelyn Jackson and others, Respondents, v. Manuel Claudio, Appellant. — Judgment of County Court and justice reversed, with costs. Opinion by Dykman, J.

Evelyn Jackson and others, Appellants, v. Herman Sandman, Respondent. — Judgment affirmed, with costs. Opinion by Dykman, J.

Evelyn Jackson and others, Appellants, v. Clement McMillan, Respondent. — Judgment affirmed, with costs. Opinion by Dykman, J.

Walter J. Donohue, Receiver, etc., Appellant, v. Alexander Joyce and others, Appellants. — Judgment affirmed, with costs. Opinion by Pratt, J.; Dykman, J , not sitting.

Oliver T. Hewlett v. Emeline Jewessen, Administratrix. — Judgment reversed and new trial granted, costs to abide event. Opinion by Barnard, P. J.

International Tile Company v. Henry Ahlers. — Judgment reversed and new trial granted, costs to abide event. Opinion by Pratt, J.

David H. Hunt, Respondent, v. John D. Griffen, Appellant. — Judgment and order denying new trial affirmed, with costs. Opinion by Barnard, P. J.

The People of the State of New York *ex rel.* Douglass v. Joseph Dykes, Supervisor. — Order affirmed, with ten dollars costs and disbursements. Opinion by Dykman, J.; Barnard, P. J., dissenting.

Ada M. Roe v. Eugene C. Roe. — Appeal dismissed. Opinion by Pratt, J.

William Hulse, Respondent, v. Samuel B. Nicholl, Appellant. — Judgment and order denying new trial affirmed, with costs. Opinion by Dykman, J.

Theodore Phillips, Respondent, v. Burton A. Phillips, Appellant. — Judgment affirmed, with costs. Opinion by Barnard, P. J.

Cornelia A. Van Wagener v. William B. Royce and others.— Judgment affirmed, without costs. Opinions by Pratt and Dykman, JJ.

Thomas J. Macvey, Respondent, v. The Metropolitan Elevated Railway Company, Appellant.— Judgment and order denying new trial affirmed, with costs. Opinion by Barnard, P. J

In the Matter of the Petition of the New York and Brooklyn Bridge Company to Acquire Land of the Third Methodist Episcopal Church, Brooklyn. — Order affirmed, with costs and disbursements. Opinion by Pratt, J.; Barnard, P. J., not sitting.

The People of the State of New York *ex rel.* Frank Hasbrouck v. The Board of Canvassers of Dutchess County — Order quashing writ affirmed, with costs and disbursements. Opinion by Pratt, J.; Barnard, P. J., not sitting.

The Long Island Railroad Company, Appellant, v. Joseph Silverstone and others, Respondents. — Order affirmed, with costs and disbursements. Opinion by Barnard, P. J.

The People of the State of New York *ex rel.* John Y. McKane v. John L. Voorhies, as Commissioner, etc. — Order affirmed, with ten dollars costs and disbursements. Opinion by Dykman, J.

Rosalie A. Bleakley, Respondent, v. Timothy J. Sullivan, Appellant. — Motion denied, without costs. Opinion by Pratt, J.

James Robertson v. Mrs. Smith Caskey. — Judgment affirmed, with costs. Opinion by Dykman, J.

Charles A. Johnson, Respondent, v. Isaac Bernheimer and another, Appellants. — Judgment and order denying new trial affirmed, with costs. Opinion by Barnard, P. J.

Stephen D. Simonson, Executor, Respondent, v. The New York City Insurance Company, Appellant. — Judgment and order denying new trial affirmed, with costs. Opinion by Pratt, J.; Barnard, P. J., not sitting.

The People of the State of New York *ex rel.* John Harper v. John P. Adams, Commissioner. — Order granting writ of *mandamus* reversed and motion denied, with costs. Opinions by Barnard, P. J., and Pratt, J.

Evelyn T. Provost v. William T. Provost. — Order affirmed, with costs and disbursements. Opinion by Dykman, J.

Charles H. Kelly, Appellant, v. Joseph E. Bloomingdale and others, Appellants and Respondents. — Judgment upon plaintiff's appeal affirmed, without costs. Part of judgment appealed from by Bloomingdale affirmed, without costs. Opinion by Pratt, J.; Dykman, J., not sitting.

Casco National Bank of Portland, Maine, Respondent, v. John Clark and others, Appellants. — Judgment affirmed, with costs. Opinion by Barnard, P. J.; Dykman, J., not sitting.

Egbert Uchtmann, Appellant, v. Annie M. Tonyes, Impleaded, etc,, Respondent. — Judgment and order denying new trial affirmed, with costs. Opinion by Barnard, P.J.; Pratt, J., not sitting.

Jasper W. Gilbert, Respondent, v. The Board of Supervisors of the County of Kings, Appellant. — Judgment affirmed, with costs. Opinion by Pratt, J.

Henry Spruck, Respondent, v. Hugh McRoberts, Appellant, Impleaded, etc. — Judgment affirmed, with costs. Opinion by Dykman, J.

Edward Millott, Respondent, v. The New York and New England Railroad Company, Appellant. — Judgment affirmed, with costs. Opinion by Dykman, J.; Barnard, P. J., not sitting.

Winslow Robinson and another, Respondents, v. Charles G. West and others, Appellants. — Judgment and order denying new trial affirmed, with costs. Opinion by Barnard, P. J.

The People of the State of New York *ex rel.* Corwin v. Assessors of Middletown. — Order referring issue to referee reversed, with costs, etc. Opinion by Barnard, P. J.

Elise Enk, as Executrix, etc., Respondent, v. The Brooklyn City Railroad Company, Appellant. — Judgment and order denying new trial reversed and new trial granted, costs to abide event Opinion by Dykman, J.

Mark Hartley, Assignee, etc , Respondent, v. Cataract Steam Engine Company No. 2, Appellant.— Judgment affirmed, with costs. Opinion by Pratt, J

Abbot L. Dow v. Margaret H. Dow. — Reargument ordered. Barnard, P. J., dissenting.

The People of the State of New York *ex rel.* McCombs v. The Board of Town Auditors of